■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN KIRKLAND, Appellant. [20 NYS3d 892]—Order, Supreme Court, New York County (Richard D. Carruthers, J.), entered on or about July 14, 2014, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion in declining to grant a downward departure, since the alleged mitigating factors were adequately taken into account by the risk assessment instrument and were outweighed by, among other things, the seriousness of the underlying offense and defendant's extensive criminal record (*see generally People v Gillotti*, 23 NY3d 841 [2014]). Concur—Tom, J.P., Renwick, Saxe and Kapnick, JJ.